## SUSAN M. STRUMPF *v.* DAVID J. STRUMPF
## (AC 16490)

O'Connell, C. J., and Spear and Hennessy, Js.

Submitted on briefs September 26—officially released October 21, 1997

Per Curiam. The judgment is affirmed.

## MARY ST. JOHN-CULLEN *v.* COMMISSIONER OF MOTOR VEHICLES
## (AC 16797)

O'Connell, C. J., and Spear and Hennessy, Js.

Submitted on briefs September 26—officially released October 21, 1997

Per Curiam. The judgment is affirmed.

## GREGORY CARUSO *v.* MICHAEL KOZLOWSKI, COMMISSIONER OF MOTOR VEHICLES
## (AC 16662)

Foti, Landau and Schaller, Js.

Submitted on briefs September 26—officially released October 21, 1997

Per Curiam. The judgment is affirmed.